**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STEPHEN LEONARD GUARDINO,
JR. ,

    Plaintiff,

v.                                  Case No. 3:18-cv-1392-J-32JRK

CRAIG COFFEY, Flagler County
Administrators Department,

    Defendant.

_____

# **O R D E R**

This case is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). On January 7, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 11) recommending that the Application, construed as a Motion to Proceed In Forma Pauperis, be denied and that the complaint be dismissed as frivolous. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 11), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 11) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), construed as a Motion to Proceed In Forma Pauperis is **DENIED**.

3. This case is **DISMISSED without prejudice**.

4. The Clerk shall terminate any pending motions and deadlines and then close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of February, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record